# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3075

_____

Chad Allen Beers,

      Appellant,

v.

Jimm L. Hendren, Judge; Michael
Bradley; Bill Reynolds; John Doe #1;
John Doe #2,

      Appellees.

Appeal from the United States
District Court for the
Western District of Arkansas.

[UNPUBLISHED]

_____

Submitted: October 6, 1999

Filed: October 12, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Chad Allen Beers appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action against a federal judge, Mr. Beers's two defense counsel, and two

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

John Does.  After careful review of the record, we conclude dismissal was warranted under 28 U.S.C. § 1915(e)(2)(B) because Mr. Beers's allegations failed to state a conspiracy claim.  See Snelling v. Westhoff, 972 F.2d 199, 200 (8th Cir. 1992) (per curiam) (mere allegations of conspiracy without specific facts showing meeting of minds do not state claim).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.